JS-6
Note change made by Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA CHANG, | Case No.: 2:24-cv-08309 JFW(BFMx) |
| Plaintiff, | ORDER |
| v. | HON. JOHN F. WALTER |
| AMERICAN EXPRESS COMPANY; DISCOVER BANK; U.S. BANK, NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES; WELLS FARGO, N.A.; AND TRANS UNION LLC | |
| Defendants. | |

   Based upon the Parties' Stipulation, and good cause, this Court hereby orders the matter between Plaintiff Hanna Chang and Defendant Discover Bank submitted to binding arbitration with the American Arbitration Association and all proceedings and deadlines stayed pending the conclusion of the arbitration.

   The clerk shall administratively close this case.

IT IS SO ORDERED.

Dated: **February 4, 2025**

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE